# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CANDACE MCDADE, | : |
| Plaintiff, | : |
| v. | : 3:21-CV-13400 (PGS-DEA) |
| COMMUNITY OPTIONS, INC., | : ORDER |
| Defendant. | : |

WHEREAS, this matter comes before the Court on the parties' Joint Stipulation to Administratively Terminate this matter pending arbitration;

WHEREAS, Plaintiff completed an agreement to arbitrate all disputes arising out of or relating to Plaintiff's employment, or termination of employment ("the Arbitration Agreement");

WHEREAS, on or about July 7, 2021, Plaintiff filed a Complaint in the United States District Court for the District of New Jersey, alleging violations of Title VII of the Civil Rights Act of 1964, ("Title VII"), as amended, and the New Jersey Law Against Discrimination ("NJLAD").

WHEREAS, Plaintiff and Defendant agree that the claims should be arbitrated and have stipulated to the following:

1. The Action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement;

2. That the filing of the Complaint in this matter on July 7 2021 shall constitute Plaintiff's date of demand for arbitration pursuant to the terms of the Arbitration Agreement;

3. Each party shall bear its own costs and fees for the claims in this Order, but all costs and fees associated with arbitration shall be allocated pursuant to the terms of the Arbitration Agreement.

IT IS on this 19th day of January, 2022;

ORDERED, all proceedings in this action shall be administratively terminated until resolution of the arbitration proceeding; and subsequent thereto, either party may apply to reopen in accordance with the American Arbitration Act.

_____
PETER G. SHERIDAN, U.S.D.J.